IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY MATEJEVICH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-cv-1557 |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 31st day of January, 2008, upon detailed review and consideration of PLAINTIFF'S COUNSEL'S PETITION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Document No. 20), DEFENDANT'S OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Document No. 21) and PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PETITION FOR ATTORNEY FEES UNDER THE EAJA (Document No. 22), and it appearing that the time expended by learned counsel for Plaintiff in preparation of briefs on the relatively common, straightforward and recurring-type issue in this case is beyond reasonable. Although counsel argues that preparation of an evidentiary Appendix was justifiably time consuming, it appears that this relatively simple chronological recap of medical records could have easily been prepared by a paralegal or reasonably competent secretary. The Court finds that a reduction of counsel's overall hourly billing from 42 hours to 36 hours is much more reasonable for the professional services, quality work product and favorable result in this case.

Accordingly, Plaintiff's Motion is **GRANTED IN PART** and counsel fees are awarded under the Equal Access To Justice Act in the amount of $5,850.00.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Karl E. Osterhout, Esquire
Email: karl@keolaw.com

Paul Kovac, AUSA
Email: paul.kovac@usdoj.gov